## KUHN v. NATIONAL CITY BANK.

[No. 22,877.    Filed April 5, 1918.]

From Shelby Circuit Court; *Alonzo Blair*, Judge.

Action by the National City Bank against August M. Kuhn. From a judgment for plaintiff, the defendant appeals. *Reversed.*

*William F. Elliott, Paul & Paul,* and *Elmer Bassett,* for appellant.

*Leander J. Monks, John F. Robbins, Henry C. Starr* and *James P. Goodrich,* for appellee.

TOWNSEND, J.—This case being in all respects the same as *Millikan* v. *Security Trust Co.* (1918), *ante* 307, decided at this term, the judgment herein is reversed, with instructions to overrule the demurrer to the third paragraph of answer and to proceed according to that opinion.

## PISARSKI v. HUNTER, PROSECUTING ATTORNEY.

[No. 23,442.    Filed June 28, 1918.]

From Lake Superior Court; *Charles E. Greenwald,* Judge.

Proceeding by Valentine Pisarski against Clyde E. Hunter, prosecuting attorney. From a judgment for the defendant, the plaintiff appeals. *Affirmed.*

*W. J. McAleer, Francis J. Dorsey, Gerald A. Gillet, William H. Matthew, George B. Sheerer* and *John H. Gillet,* for appellant.

*Ele Stansbury,* Attorney-General, *R. C. Minton, W. B. Wheeler* and *Dale F. Stansbury,* for appellee.

TOWNSEND, J.—Appellant, a licensed saloon keeper, sought to enjoin appellee, prosecuting attorney for Lake county, from enforcing the Prohibition Law (Acts 1917 p. 15). Appellee's demurrer to the complaint was sustained.

The validity of the act, under the state and federal Constitutions, is brought in question.

The points presented having been determined in the case of *Schmitt* v. *F. W. Cook Brewing Company* (1918), *ante* 623, 120 N. E. 19, 23, at this term, the judgment is affirmed.

Spencer, J., dissents.